It is ordered and adjudged by this court that tbe judgment of tbe said Court of Appeals be, and tbe same hereby is, reversed for error in overruling tbe motion to dismiss tbe error proceedings on tbe ground that tbe granting of tbe motion for new trial on tbe weight of tbe evidence was not a final order of tbe court of common pleas.
 

 And this court proceeding to render tbe judgment that tbe Court of Appeals should have rendered it is ordered and adjudged that tbe error proceedings filed in said Court of Appeals be, and the same are hereby-dismissed, and that tbe judgment of affirmance entered by said court be vacated and set aside.
 

 Judgment reversed.
 

 , Weygandt, C. J., Day, Allen, Stephenson, Jones and Matthias, JJ., concur.
 

 Bevis, J., .not participating.